

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00228-CV

George **GARCIA**,
Appellant

v.

Anna **GARCIA**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-02221
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that appellee Anna Garcia recover her costs of this appeal from appellant George Garcia.

SIGNED June 26, 2013.

_____
Marialyn Barnard, Justice